IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RACHEL SILBAUGH, ROBIN STRIPLING AND MICHAEL STRIPLING individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>v.<br><br>MONONGALIA HEALTH SYSTEM, INC., MONONGALIA COUNTY GENERAL HOSPITAL COMPANY, STONEWALL JACKSON MEMORIAL HOSPITAL COMPANY, AND PRESTON MEMORIAL CORPORATION,<br><br>**Defendants.** | Case No. 1:22-CV-00033-TSK<br>Honorable Thomas S. Kleeh |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(ii)**

Plaintiffs Rachel Silbaugh, Robin Stripling, and Michael Stripling, and Defendants Monongalia Health System, Inc., Monongalia County General Hospital Company, Stonewall Jackson Memorial Hospital Company, and Prestom Memorial Corporation, by and through their undersigned counsel, repspectfully stipulate that this matter shall be dismissed without prejudice. Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs may voluntarily dismiss an action without a court order by biling "a stipulation of dismissal signed by all parties who have appeared."

IT IS SO STUPULATED, THROUGH COUNSEL OF RECORD, by their signatures below.

| | |
|---|---|
| */s/  Mark E. Troy*<br>MORGAN & MORGAN<br>Mark E. Troy, Esq. (W.Va. Bar No. 6678)<br>222 Capitol Street, Suite 200A<br>Charleston, WV 25301<br>Telephone: 304.345.1122 | */s/  Russell D. Jessee*<br>Russell D. Jessee (W. Va. Bar No. 10020)<br>STEPTOE & JOHNSON PLLC<br>P.O. Box 1588<br>Charleston, WV 25326<br>Telephone: 304.353.8103 |

Facsimile: 304.414.5692  
Email: mtroy@forthepeople.com

Gary M. Klinger (*pro hac vice*)  
MILBERG COLEMAN BRYSON  
PHILLIPS GROSSMAN, PLLC  
227 West Monroe Street, Suite 2100  
Chicago, IL 60606  
Telephone: 866.252.0878  
Email: gklinger@milberg.com

David Lietz (*pro hac vice*)  
MILBERG COLEMAN BRYSON  
PHILLIPS GROSSMAN, PLLC  
5335 Wisconsin Avenue NW  
Suite 440  
Washington, D.C. 20015-2052  
Telephone: 866.252.0878  
Email: dlietz@milberg.com

MORGAN & MORGAN  
COMPLEX LITIGATION GROUP  
Jean S. Martin (*pro hac vice*)  
Francesca Kester (*pro hac vice*)  
201 N. Franklin Street, 7th Floor  
Tampa, Florida 33602  
Telephone: 813.223.5505  
Facsimile: 813.223.5402  
Email: jeanmartin@forthepeople.com  
Email: fkester@forthepeople.com

*Attorneys for Plaintiffs and the Proposed Class*

Facsimile: 304.933.8725  
Email: russell.jessee@steptoe-johnson.com

David A. Carney (*pro hac vice*)  
BAKER & HOSTETLER LLP  
127 Public Square, Suite 2000  
Cleveland, OH 44114-1214  
Telephone: 216.621.0200  
Facsimile: 216.696.0740  
Email: dcarney@bakerlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation of Voluntary Dismissal* was served electronically via the Court's electronic filing system to all counsel of record on this August 3, 2022.

*/s/ Mark E. Troy*
