IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

RACHEL SILBAUGH,
ROBIN STRIPLING, and
MICHAEL STRIPLING,

    Plaintiffs,

  v.                                    CIVIL NO. 1:22-CV-33
                                            (KLEEH)

MONONGALIA HEALTH SYSTEM, INC.,
MONONGALIA COUNTY GENERAL
HOSPITAL COMPANY, STONEWALL
JACKSON MEMORIAL HOSPITAL
COMPANY, and PRESTON MEMORIAL
CORPORATION,

    Defendants.

## DISMISSAL ORDER

On August 3, 2022, the parties filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket. All deadlines and pending motions are hereby **TERMINATED**.

The Clerk is **DIRECTED** to transmit copies of this order to counsel of record and any unrepresented parties.

DATE: August 4, 2022

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA